GENERAL TRUCK DRIVERS, CHAUF-
FEURS, WAREHOUSEMEN & HELP-
ERS, LOCAL 270 OF THE INTERNA-
TIONAL BROTHERHOOD OF TEAM-
STERS, CHAUFFEURS, WAREHOUSE-
MEN & HELPERS OF AMERICA,
AFL–CIO, et al., Petitioners,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

No. 13968.

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 3, 1957.

Decided Jan. 23, 1958.

Mr. Herbert S. Thatcher, Washington,
D. C., for petitioners.

Mr. Arnold Ordman, Atty., N. L. R. B.,
of the bar of the Supreme Court of Mas-
sachusetts, pro hac vice, by special leave
of Court, with whom Messrs. Stephen
Leonard, Associate Gen. Counsel, N. L.
R. B., and Marcel Mallet-Prevost, Asst.
Gen. Counsel, N. L. R. B., were on the
brief, for respondent.

Mr. Owsley Vose, Atty., N. L. R. B.,
also entered an appearance for respond-
ent.

Before EDGERTON, Chief Judge, and
DANAHER and BASTIAN, Circuit Judges.

PER CURIAM.

The union asks us to set aside an order
of the National Labor Relations Board
requiring it to cease and desist from cer-
tain picketing found to violate § 8(b)
(4)(A) and (B) of the National Labor
Relations Act, as amended, 61 Stat. 141,
29 U.S.C.A. § 158(b) (4) (A) and (B),
and to post the customary notices. The
Board asks us to enforce its order.

The union does not dispute the factual
findings which underlie the Board's or-
der. It contests only the Board's conclu-
sion that the picketing violated the sec-
ondary boycott provisions of the Act. On
this point we deem ourselves bound by
this court's opinion in Truck Drivers and
Helpers Local Union 728, etc. v. National
Labor Relations Board, 101 U.S.App.D.
C. 420, 249 F.2d 512, decided October 28,
1957. We therefore enforce the Board's
order.